# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:93-CR-00215-GCM

| | |
|---|---|
| **UNITED STATES,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **CARLOS EMANUEL KINARD,** | |
| **Defendant.** | |

**THIS MATTER COMES** before this Court on the Court's own motion. Defendant Carlos Emanuel Kinard filed a Motion to Reduce Sentence Pursuant to the First Step Act of 2018 (Doc. No. 256). The Court instructs the Government to respond to this Motion within sixty (60) days of entry of this Order.

**SO ORDERED**.

Signed: January 26, 2021

Graham C. Mullen
United States District Judge