IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:93-CR-00215-GCM

| USA, | |
|---|---|
| **Plaintiff,** | |
| v. | **ORDER** |
| CARLOS EMANUEL KINARD, | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Mandate of the USCA dated June 20, 2024 (Doc. No. 291.)

The Bureau of Prisons and the United States Marshal Service is hereby **ORDERED** to transport and produce the body of Defendant, Carlos Emanuel Kinard (#10769-058), for resentencing before the Honorable Graham C. Mullen, in the Western District of North Carolina, Charlotte on or before September 10, 2024 for hearing on September 10, 2024 at 10:30 AM, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: July 9, 2024

Graham C. Mullen
United States District Judge