# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:93-CR-00215-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS EMANUEL KINARD,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court upon its own motion. This case was remanded to this Court from the Fourth Circuit for resentencing. The Court hereby appoints the Federal Defenders Office to represent the Defendant at his resentencing hearing.

IT IS SO ORDERED.

Signed: July 11, 2024

Graham C. Mullen
United States District Judge