IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:93CR215-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| CARLOS EMANUEL KINARD | ) | |
| | ) | |

This matter is before the Court upon its motion. The sentencing hearing originally scheduled for this Defendant on Monday, November 18, 2024, is hereby rescheduled for Tuesday, November 19, 2024, at 10:30 a.m.

    SO ORDERED.

Signed: November 12, 2024

Graham C. Mullen
United States District Judge